```
 1  BILAL A. ESSAYLI
    United States Attorney
 2  CHRISTINA T. SHAY
    Assistant United States Attorney
 3  Chief, Criminal Division
    SOLOMON KIM (Cal. Bar No. 311466)
 4  Assistant United States Attorney
    Major Frauds Section
 5       1100 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2450
 7       Facsimile: (213) 894-0141
         E-mail:    solomon.kim@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-3896-DUTY |
|---|---|
| Plaintiff, | UNOPPOSED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| ANDREA GUADALUPE VELEZ, | |
| Defendant. | |

The United States Attorney for the Central District of California hereby requests leave of the Court to dismiss the complaint against defendant ANDREA GUADALUPE VELEZ without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). Counsel for defendant, Diane Bass, does not object to this request.

//
//
//

1

1     The government further requests that defendant's bond be
2 exonerated on this charge.

3 Dated: July 10, 2025          Respectfully submitted,

4                                   BILAL A. ESSAYLI
                                United States Attorney
5
6                                 CHRISTINA T. SHAY
                                Assistant United States Attorney
                                Chief, Criminal Division
7
8                                       /s/
                                SOLOMON KIM
9                                 Assistant United States Attorney

10                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA